**No. 42371.**—Protest 972945–G of Far Eastern Importex, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) it was held that the stands in question are separately dutiable under paragraph 412 as claimed.